appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SERGE N. SEREBREN, Formerly Known as SERGEI NIKOLAEVICH SEREBRENIKOV, v. REINSURANCE COMPANY SALAMANDRA OF COPENHAGEN, DENMARK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.— Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY v. ROSA GENTILE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANCA COMMERCIALE ITALIANA TRUST COMPANY v. ROSA GENTILE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ACKLEY SHOVE, as Administrator, etc., of W. FRANK SHOVE, Deceased, v. JULIUS SIEGBERT.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN SOO AHRN, as Administrator, etc., of JAMES PAIK, Deceased, v. MERCHANTS MUTUAL CASUALTY COMPANY OF BUFFALO. BENJAMIN YOKAYAMA v. MERCHANTS MUTUAL CASUALTY COMPANY OF BUFFALO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertakings required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GREATER NEW YORK EXPORT HOUSE, INC., v. ARTHUR L. PEIRSON and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HESSIAN HILLS COUNTRY CLUB, INC., and ABE FISCHER v. THE HOME INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FRANK P. JONES v. BALTIMORE INSULAR LINE, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a rehearing of appeal and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MAX SILVERMAN v. ULRIKA REALTY CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of SAMUEL RICHMAN and MAX RICHMAN, Doing Business, etc., to MAXWELL COPELOF — PAULINE RICHMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.